IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**YULANDA CHESNUT,**

Petitioner,

v.

**UNITED STATES OF AMERICA,**

Respondent.                                              No. 12-CV- 0697-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on August 9, 2012, the motion to vacate, set aside or correct sentence is **DENIED** and this petition is **DISMISSED** with prejudice.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT


BY:         /s/*Sandy Pannier*
                              **Deputy Clerk**

Dated: August 9, 2012

David R. Herndon
2012.08.09
07:47:22 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT